People v Bailey (2024 NY Slip Op 06368)

People v Bailey

2024 NY Slip Op 06368

Decided on December 18, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 18, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
WILLIAM G. FORD
HELEN VOUTSINAS
DONNA-MARIE E. GOLIA, JJ.

2019-14574

[*1]The People of the State of New York, respondent,
v
Kevin Bailey, appellant. 

Twyla Carter, New York, NY (Heidi Bota of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Anthea H. Bruffee, and Kaley Hanenkrat of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from an order of the Supreme Court, Kings County (Guy J. Mangano, Jr., J.), dated November 26, 2019, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.
ORDERED that the order is affirmed, without costs or disbursements.
In establishing an offender's appropriate risk level under the Sex Offender Registration Act (Correction Law art 6-C), the People "bear the burden of proving the facts supporting the determinations sought by clear and convincing evidence" (id. § 168-n[3]). Contrary to the defendant's contention, the Supreme Court properly assessed him 20 points under risk factor 6 of the risk assessment instrument, as the People established by clear and convincing evidence that the victim was asleep at the beginning of the incident and, therefore, was physically helpless (see Sex Offender Registration Act: Risk Assessment Guidelines and Commentary at 11 [2006]; Penal Law § 130.00[7]; People v Morrison, 156 AD3d 831; People v Smith, 144 AD3d 652, 653; People v Richardson, 101 AD3d 837, 838; People v Duff, 96 AD3d 1031; People v Howell, 82 AD3d 857).
Accordingly, the Supreme Court properly designated the defendant a level two sex offender.
LASALLE, P.J., FORD, VOUTSINAS and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court